UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALISON ESSER SHEPARD, JAMES MCLAUGHLIN and MASON A. NIEVES,<br><br>Defendants | Cr. No. _____  1:21CR03JJM-LDA<br><br>In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i) and 846 |

INFORMATION

The United States Attorney Charges:

COUNT 1
*Conspiracy to Distribute Anabolic Steroids*

From a time unknown, but from on or about January 1, 2018, up to and including February 19, 2020, in the District of Rhode Island, the District of Massachusetts, and elsewhere, the defendants, ALISON ESSER SHEPARD, JAMES MCLAUGHLIN, and MASON A. NIEVES, together and with DAVID ESSER, who is separately charged, and others known and unknown to the United States Attorney, did knowingly, intentionally and willfully conspire to distribute and to possess with intent to distribute, mixtures and substances containing a detectable amount of anabolic steroids, all Schedule III and

IV Controlled Substances; in violation of 21 U.S.C. §§ 841(a)(1), and (E)(i). All in violation of 21 U.S.C. § 846.

AARON L. WEISMAN
United States Attorney

*[signature]*

GERARD B. SULLIVAN
Assistant U.S. Attorney

*[signature]*

SANDRA R. HEBERT
Assistant U.S. Attorney
Criminal Division Chief

Date: 1/14/2021